JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY NEAL, an individual, | Case No. 5:21-cv-01076-JWH-SHK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Pursuant to the Scheduling Notice and Order [ECF No. 79] entered on or about May 24, 2023, and in accordance with Rules 41(b), and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 29, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE